PROB 12C
(6/16)

Report Date: May 17, 2017

# United States District Court

## for the

## Eastern District of Washington



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 18 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason L. Behn | Case Number: 0980 2:11CR00186-LRS-1 |
| Address of Offender: | Spokane Valley, Washington 99037 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 13, 2013

| | |
|---|---|
| Original Offense: | Possession of a Firearm by a User or Addict of a Controlled Substance, 18 U.S.C. § 922(g)(3) |
| Original Sentence: | Prison - 55 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Scott Travis Jones |
| | Date Supervision Commenced: April 8, 2016 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: April 7, 2019 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/01/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On April 11, 2016, Jason Behn signed his judgment for case number 2:11CR00186-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Behn was made aware by his U.S. probation officer that he must undergo a substance abuse evaluation and successfully complete an approved substance abuse treatment program.<br><br>Mr. Behn violated special condition number 15 by being unsuccessfully discharged from his chemical dependency program on May 9, 2017. Mr. Behn was unsuccessfully discharged for failing to attend numerous treatment sessions and showed an overall lack of progress in the program. Mr. Behn recently failed to attend treatment sessions on April 4, 11, 18, and 25, 2017. It should be noted that Mr. Behn entered chemical dependency treatment on May |

26, 2016. Both the undersigned officer and his treatment provider made numerous attempts to encourage the offender to comply with his treatment program; however, he chose not to engage in services.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/17/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

5/18/17
Date