Report Date: May 25, 2017

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 3 0 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Jason L. Behn | | Case Number: 0980 2:11CR00186-LRS-1 |
| Address of Offender: | | Spokane Valley, Washington 99037 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 13, 2013

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by a User or Addict of a Controlled Substance, 18 U.S.C. § 922(g)(3) | |
| Original Sentence: | Prison - 55 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Scott Travis Jones | Date Supervision Commenced: April 8, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: April 7, 2019 |

## PETITIONING THE COURT

**To issue a WARRANT and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/01/2017 and 05/18/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On April 11, 2016, Jason Behn signed his judgment for case number 2:11CR00186-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Behn was made aware by his U.S. probation officer that he may not use illegal controlled substances and must comply with drug testing procedures.

Jason Behn failed to report for his scheduled urine test on May 24, 2017, in violation of his special condition number 16.

| | |
|---|---|
| 6 | **Standard Condition # 2**: You shall report to the probation officer in a manner and frequency directed by the court or probation officer. |

**Supporting Evidence**: On April 11, 2016, Jason Behn signed his judgment for case number 2:11CR00186-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Behn was made aware by his U.S. probation officer that he must comply with drug testing procedures.

On May 22, 2017, Mr. Behn was directed by the undersigned officer to report before U.S. Magistrate Judge Rodgers on May 23, 2017, at 1:30 p.m. for his initial appearance. Mr. Behn failed to report as directed. The undersigned made numerous attempts to contact and locate the defendant, however, Mr. Behn has failed to respond to those attempts.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 5/25/2017 |
| | s/Patrick J. Dennis |
| | Patrick J. Dennis<br>U.S. Probation Officer |

## THE COURT ORDERS

[ ] No Action
[✗] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

5/30/17
Date