Report Date: December 20, 2017

# United States District Court

### for the

### Eastern District of Washington

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 20 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason L. Behn         Case Number: 0980 2:11CR00186-LRS-1

Address of Offender:                    Spokane Valley, Washington 99037

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 13, 2013

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by a User or Addict of a Controlled Substance, 18 U.S.C. § 922(g)(3) | |
| Original Sentence: | Prison - 55 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Scott Travis Jones | Date Supervision Commenced: April 8, 2016 |
| Defense Attorney: | Chris Bugbee | Date Supervision Expires: April 7, 2019 |

## PETITIONING THE COURT

### To issue a WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number         Nature of Noncompliance

1                        **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 11, 2016, Jason Behn signed his judgment for case number 2:11CR00186-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Behn was made aware by his U.S. probation officer that he may not use illegal controlled substances.

Jason Behn consumed marijuana and cocaine on or about November 16, December 4, and December 11, 2017, in violation of his special condition number 16.

On December 11, 2017, the undersigned officer received lab results from a drug test taken by the offender at his chemical dependency treatment facility. The sample was taken on November 16, 2017, and was sent to Millennium Health for testing. On November 21, 2017, the sample returned as positive for marijuana metabolite, cocaine metabolite, and alcohol. The undersigned officer spoke with Mr. Behn regarding the positive results on December 14, 2017. Mr. Behn admitted to consuming the substances.

Mr. Behn was directed to report for a urinalysis test at the vendor site on December 4, 2017. He provided a urine sample that tested positive for both marijuana and cocaine. Mr. Behn denied use and the sample was sent to the laboratory for confirmation. On December 11, 2017, the sample was returned from the laboratory as positive for marijuana and cocaine metabolite.

Mr. Behn was directed to report for a urinalysis test at the vendor site on December 11, 2017. He provided a urine sample that tested positive for both marijuana and cocaine. Mr. Behn denied use and the sample was sent to the laboratory for confirmation. On December 19, 2017, the sample was returned from the laboratory as positive for marijuana and cocaine metabolite.

2  **Special Condition # 17**: You shall abstain from the use of alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On April 11, 2016, Jason Behn signed his judgment for case number 2:11CR00186-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Behn was made aware by his U.S. probation officer that he must not consume alcohol.

On December 11, 2017, the undersigned officer received lab results from a drug test taken by the offender at his chemical dependency treatment facility. The sample was taken on November 16, 2017, and was sent to Millennium Health for testing. On November 21, 2017, the sample was returned as positive for marijuana metabolite, cocaine metabolite, and alcohol. The undersigned officer spoke with Mr. Behn regarding the positive results on December 14, 2017. Mr. Behn admitted to consuming the substances.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/20/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

Prob12C
Re: Behn, Jason L
December 20, 2017
Page 3

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

12/20/17
Date