# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 08 2017

SEAN F. McAVOY, CLERK
                    DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason L. Behn                Case Number: 0980 2:11CR00186-LRS-1

Address of Offender:              Spokane Valley, Washington 99037

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 13, 2013

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by a User or Addict of a Controlled Substance, 18 U.S.C. § 922(g)(3) | |
| Original Sentence: | Prison - 55 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Scott Travis Jones | Date Supervision Commenced: April 8, 2016 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: April 7, 2019 |

## PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/20/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to th cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On April 11, 2016, Jason Behn signed his judgment for case number 2:11CR00186-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Behn was made aware by his U.S. probation officer that he must comply with all chemical dependency treatment requirements.<br><br>Jason Behn violated special condition number 15 by failing to successfully complete chemical dependency treatment on or about January 3, 2018.<br><br>The undersigned officer was notified on January 3, 2018, by the offender's chemical dependency treatment provider, that he was unsuccessfully discharged from chemical dependency treatment. Mr. Behn was terminated due to ongoing noncompliance regarding drug use and lack of attendance. Mr. Behn failed to attend any group sessions during the |

month of December 2017. Mr. Behn is being recommended a higher level of care by the provider.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/05/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

1/8/18
Date