PROB 12C
(6/16)

Report Date: September 7, 2018

# United States District Court

for the

### Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 10 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

| | |
|---|---|
| Name of Offender: Jason L. Behn | Case Number: 0980 2:11CR00186-LRS-1 |
| Address of Offender: | Spokane, Washington 99208 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 13, 2013

| | |
|---|---|
| Original Offense: | Possession of a Firearm by a User or Addict of a Controlled Substance, 18 U.S.C. § 922(g)(3) |
| Original Sentence: | Prison 55 months<br>TSR - 36 months      Type of Supervision: Supervised Release |
| Revocation Sentence: (01/19/2018) | Prison - 3 months<br>TSR - 33months |
| Asst. U.S. Attorney: | Scott Jones      Date Supervision Commenced: April 4, 2018 |
| Defense Attorney: | Federal Defender's Office      Date Supervision Expires: January 3, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Jason Behn violated mandatory condition number 1 by illegally possessing drug paraphernalia in the state of Idaho on August 27, 2018.<br><br>According to Idaho State Police report number L18001026, Mr. Behn (Damebo) was identified as the driver after being pulled over after he failed to lawfully negotiate a left turn. Mr. Behn was contacted by the officer. Mr. Behn was asked if there was anything illegal in the vehicle, to which he indicated there was not. After the officer informed Mr. Behn that a drug detection K9 was working with the officer that day, Mr. Behn informed the officer that he had marijuana in the vehicle. Mr. Behn then handed the officer a brown paper bag which contained marijuana and paraphernalia. Mr. Behn was cited for possession of drug paraphernalia with the intent to use, in violation of Idaho Code 37-2734A. |

On April 9, 2018, Jason Behn signed his judgment for case number 2:11CR00186-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Behn was made aware by his U.S. probation officer that he must not commit another federal, state, or local crime while on supervised release.

2     **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Jason Behn violated mandatory condition number 2 by illegally possessing marijuana, an illegal controlled substance in the state of Idaho on August 27, 2018.

According to Idaho State Police report number L18001026, Mr. Behn (Damebo) was identified as the driver after being pulled over after he failed to lawfully negotiate a left turn. Mr. Behn was contacted by the officer. Mr. Behn was asked if there was anything illegal in the vehicle, to which he indicated there was not. After the officer informed Mr. Behn that a drug detection K9 was working with the officer that day, Mr. Behn informed the officer that he had marijuana in the vehicle. Mr. Behn then handed the officer a brown paper bag which contained marijuana and paraphernalia. Mr. Behn was cited for possession of drug paraphernalia with the intent to use, in violation of Idaho Code 37-2734A.

On April 9, 2018, Jason Behn signed his judgment for case number 2:11CR00186-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Behn was made aware by his U.S. probation officer that he must not illegally possess a controlled substance.

3     **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Jason Behn violated special condition number 3 by failing to abstain from the use of illegal controlled substances on or about August 1 and 27, 2018, and failing to appear for urine testing as directed on July 26, and August 27, 2018.

Mr. Behn reported to the vendor site as directed on August 1, 2018, to provide a urine sample. The sample tested positive for cocaine and marijuana. Mr. Behn denied use and the sample was sent to Alere for confirmation. On August 7, 2018, the sample was returned as positive for both marijuana and cocaine.

On August 31, 2018, Mr. Behn reported to the vendor site as directed to provide a urine sample. The sample tested positive for cocaine and marijuana. Mr. Behn signed a drug use admission form indicating he had used both illicit drugs on or about August 27, 2018.

Jason Behn failed to report for his scheduled urine test on July 26, and August 27, 2018, in violation of his special condition number 3.

On April 9, 2018, Jason Behn signed his judgment for case number 2:11CR00186-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Behn was made aware by his U.S. probation officer that he must not consume illegal controlled substances and must submit to testing as directed.

Prob12C
Re: Behn, Jason L
September 7, 2018
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   9/7/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

9/10/18
Date