PROB 12C
(6/16)

Report Date: November 7, 2018

United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV - 9 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Jason L. Behn                Case Number: 0980 2:11CR00186-LRS-1

Address of Offender: _____, Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 13, 2013

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by a User or Addict of a Controlled Substance, 18 U.S.C. § 922(g)(3) | |
| Original Sentence: | Prison 55 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (01/19/2018) | Prison - 3 months<br>TSR - 33months | |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: April 4, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: January 3, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/07/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Jason Behn violated special condition number 2 by failing to successfully complete an approved substance abuse treatment program by being unsuccessfully discharged from outpatient chemical dependency treatment with At Parr Outpatient Services on October 15, 2018. |

Prob12C
Re: Behn, Jason L
November 7, 2018
Page 2

On October 15, 2018, the undersigned officer received a discharge summary from At Parr Outpatient Services. The discharge summary stated Mr. Behn had failed to attend his recommended group sessions and failed to provide sober support verification slips.

On April 9, 2018, Jason Behn signed his judgment for case number 2:11CR00186-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Behn was made aware by his U.S. probation officer that he must successfully complete substance abuse treatment to address his ongoing substance abuse issues.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/07/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/07/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

11/9/18
Date