PROB 12C
(6/16)

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 28, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason L. Behn                     Case Number: 0980 2:11CR00186-LRS-1

Address of Offender:                                Airway Heights, Washington 99001

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 13, 2013

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by a User or Addict of a Controlled Substance, 18 U.S.C. § 922(g)(3) | |
| Original Sentence: | Prison - 55 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 22, 2018) | Prison - 3 months<br>TSR - 33 months | |
| Revocation Sentence:<br>(July 22, 2019) | Prison- 13 months<br>TSR - 19 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: June 12, 2020 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: January 11, 2022 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

   1                    **Mandatory Condition #1**: You must not commit another Federal, state, or local crime.

                        **Supporting Evidence**: On October 20, 2020, Mr. Behn is alleged to have violated mandatory condition 1 by being arrested by the Kootenai County Sheriff's Office (KCSO). Mr. Behn was charged with reckless driving, unlawful transportation - open container, possession of controlled substance – marijuana and possession of paraphernalia in case number CR28-20-17598.

                        On June 16, 2020, Mr. Behn and his supervising officer reviewed his judgment for case number 2:11CR00186-LRS-1, where court ordered conditions and supervision standards were explained in detail. Specifically, Mr. Behn was made aware by his U.S. probation officer that he must not commit new law violations.

Prob12C
Re: Behn, Jason L.
December 23, 2020
Page 2

On December 22, 2020, the undersigned officer reviewed KCSO field case reports relative to Mr. Behn's arrest on October 20, 2020. According to the reports, at approximately 10:15 p.m. on October 20, 2020, law enforcement officers conducted a traffic stop on a Dodge Durango, operated by a sole occupant, Jason Behn, in Kootenai County, Idaho. Mr. Behn was stopped for driving 103 miles per hour in a 60 mile-per-hour zone. Mr. Behn was placed in handcuffs while the officer continued his investigation. The officer conducted a pat search of Mr. Behn's clothing, which revealed a small plastic cigarette-type item in his sweater pocket. A search of the vehicle operated by Mr. Behn revealed a red solo cup in the front cup holder with a liquid believed to be a mixed alcohol beverage, empty "Fireball" liquor bottles, cigarette-type items, black, tan and green rubber pipes and plastic jars that contained a green leafy substance. The officer's report further indicates, each of the containers that contained a cigarette-type item and a green leafy substance was in commercial packaging. The commercial packaging indicated the green leafy substance is marijuana. Mr. Behn was transported to the public safety building where he was booked for reckless driving, unlawful transportation - open container, possession of controlled substance – marijuana and possession of paraphernalia in case number CR28-20-17598.

2    **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: On October 20, 2020, Jason Behn is alleged to have violated mandatory condition 2 by being in possession of marijuana, a controlled substance.

On June 16, 2020, Mr. Behn and his supervising officer reviewed his judgment for case number 2:11CR00186-LRS-1, where court order and supervision standards were explained in detail. Specifically, Mr. Behn was made aware by his U.S. probation officer that he must not possess controlled substances, including marijuana.

On December 22, 2020, the undersigned officer reviewed KCSO field case reports relative to Mr. Behn's arrest on October 20, 2020. According to the report, at approximately 10:15 p.m., on October 20, 2020, law enforcement officers conducted a traffic stop on a Dodge Durango, operated by a sole occupant, Jason Behn, in Kootenai County, Idaho. Mr. Behn was uncooperative with the officer and ultimately placed in wrist restraints for officer safety. A pat search of Mr. Behn's clothing revealed a small plastic cigarette-type item in his sweater pocket. A search of the vehicle operated by Mr. Behn revealed cigarette-type items, black, tan and green rubber pipes, and plastic jars that contained a green leafy substance. The officer's report further indicates, each of the containers that contained a cigarette-type item and a green leafy substance was in commercial packaging. The commercial packaging indicates the green leafy substance is marijuana.

3    **Standard Condition # 3**: You must not knowingly leave the judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: On October 20, 2020, Jason Behn is alleged to have violated standard condition 1 by leaving the Eastern District of Washington without permission from the Court or his supervising officer.

On June 16, 2020, Mr. Behn and his supervising officer reviewed his judgment for case number 2:11CR00186-LRS-1, where court ordered conditions and supervision standards were explained in detail. Specifically, Mr. Behn was made aware by his U.S. probation

Prob12C
Re: Behn, Jason L.
December 23, 2020
Page 3

    officer that he must not leave the Eastern District of Washington without permission from the Court or his supervising officer.

    On December 22, 2020, the undersigned officer reviewed KCSO field case reports relative to Mr. Behn's arrest on October 20, 2020. According to the report, at approximately 10:15 p.m., on October 20, 2020, law enforcement officers conducted a traffic stop on a Dodge Durango, operated by a sole occupant, Jason Behn, in Kootenai County, Idaho. Mr. Behn failed to notify his U.S. probation officer that he had planned to travel to the District of Idaho, as directed.

4    **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within seventy-two hours.

    **Supporting Evidence**: On October 20, 2020, Jason Behn is alleged to have violated standard condition 9 by failing to report his recent arrest in Kootenai County, Idaho, to his supervising officer.

    On June 16, 2020, Mr. Behn and his supervising officer reviewed his judgment for case number 2:11CR00186-LRS-1, where court ordered conditions and supervision standards were explained in detail. Specifically, Mr. Behn was made aware by his U.S. probation officer that he must notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

    On October 21, 2020, Mr. Behn posted $1,200 bail and was released from the Kootenai County Public Safety Building. On December 22, 2020, the undersigned officer reviewed KCSO field case reports relative to Mr. Behn's arrest on October 20, 2020. According to the reports, Mr. Behn was arrested for reckless driving, unlawful transportation - open container, possession of paraphernalia with intent to use and possession of marijuana in case number CR28-20-17598.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/23/2020

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
Re: Behn, Jason L.
December 23, 2020
Page 4

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

December 24, 2020
Date