PROB 12C
(6/16)

Report Date:  January 4, 2021

# United States District Court

for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 04, 2021

SEAN F. McAVOY, CLERK

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason L. Behn                    Case Number: 0980 2:11CR00186-LRS-1

Address of Offender:                    Spokane, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 13, 2013

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by a User or Addict of a Controlled Substance, 18 U.S.C. § 922(g)(3) | |
| Original Sentence: | Prison - 55 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (January 22, 2018) | Prison - 3 months; TSR - 33 months | |
| Revocation Sentence: (July 22, 2019) | Prison - 13 months; TSR - 19 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: June 12, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: January 11, 2022 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/23/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime. |

**Supporting Evidence**: On January 2, 2021, Mr. Behn is alleged to have violated mandatory condition 1 by being arrested by the Spokane Police Department. Mr. Behn was charged with second degree malicious mischief and third degree malicious mischief in case number 2020-20212843.

On January 4, 2021, the undersigned officer reviewed Spokane Police Department field case reports relative to Mr. Behn's arrest on January 2, 2021. According to the report, on November 24, 2020, Mr. Behn was heavily intoxicated and an argument transpired with his significant other. Due to the level of his intoxication, Mr. Behn stepped out of his girlfriend's residence and was refused entry upon his return. The police report states Mr. Behn was heard

Prob12C
**Re: Behn, Jason L.**
**January 4, 2021**
**Page 2**

picking up a cinder block from the property and throwing it at his girlfriend's car, causing the front windshield to shatter. On December 9, 2020, Mr. Behn communicated with the victim of the aforementioned crime, indicating his intent to return to the residence to collect his belongings and also to fight her father. When Mr. Behn was refused entry, he returned to the previously damaged vehicle and shattered the front windshield, rear windshield, and damaged the doors. The behavior of Mr. Behn was observed by the victim's minor child who was present at the residence during this incident. Furthermore, the victim returned home to take photographs and observed Mr. Behn fleeing the scene. On December 16, 2020, the victim wanted to press charges for the damage to her vehicle and probable cause was established for Mr. Behn's arrest referencing Spokane police case number 2020-20212843.

On June 16, 2020, Mr. Behn and his supervising officer reviewed his judgment for case number 2:11CR00186-LRS-1, and court ordered and supervision standards were explained in detail. Specifically, Mr. Behn was made aware by his U.S. probation officer that he must not commit another federal, state or local crime.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 4, 2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

**THE COURT ORDERS**

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

January 4, 2021

Date